NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1564


STATE OF LOUISIANA

VERSUS

OTIS MCKINLEY


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 03 CR 116,927-B
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


OSWALD A. DECUIR
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Ulysses Gene Thibodeaux, Chief Judge, and Sylvia R. Cooks and Oswald A. Decuir, Judges.


CONVICTIONS AND SENTENCES AFFIRMED.

Dan B. McKay  Jr.
Assistant District Attorney
Twelfth Judicial District
P. O. Box 1200
Marskville, LA 71351
(318) 346-2336
Counsel for Plaintiff/Appellee:
    State of Louisiana

**Peggy J. Sullivan**
**Louisiana Appellate Project**
**P. O. Box 2775**
**Monroe, LA 71207-2775**
**(318) 387-6124**
**Counsel for Defendant/Appellant:**
    **Otis McKinley**

**Otis McKinley**
**Avoyelles Correctional Center**
**1630 Prison Road**
**Cottonport, LA 71327**
**(318) 876-2891**